# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SCARANTINO, Individually and On Behalf of All Others Similarly Situated,  )<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>INVESTMENT TECHNOLOGY GROUP, INC.,   )<br>MINDER CHENG, BRIAN G. CARTWRIGHT,   )<br>TIMOTHY L. JONES, R. JARRETT LILIEN,   )<br>KEVIN J. LYNCH, LEE M. SHAVEL,   )<br>FRANCIS J. TROISE, and STEVEN S. WOOD,   )<br>)<br>Defendants.   ) | Case No. 1:19-cv-00024-LPS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Richard Scarantino ("Plaintiff") hereby voluntarily dismisses all claims in the above-captioned action (the "Action") with prejudice as to himself and without prejudice as to claims on behalf of the putative class in the Action. Because this Notice is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this Notice.

Dated:  January 18, 2019

**RIGRODSKY & LONG, P.A.**

By:  */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)

**OF COUNSEL:**

Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*